CPI

# United States District Court

Southern DISTRICT OF California

FILED 2008 JUL 30 AM 10: 16 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Express Mail Parcel # EB893268045US, addressed to Gloria Shambee, 2001 Dayna Dr. Atlanta, GA 30394. The parcel listed the return information of Jerld Burris, 8200 Golden Ave, 91945. | '08 MJ 2328 **SEARCH WARRANT** CASE NUMBER: |

TO: Ana L Flores, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Ana L Flores (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail Parcel # EB893268045US, addressed to Gloria Shambee, 2001 Dayna Dr. Atlanta, GA 30394. The parcel listed the return information of Jerld Burris, 8200 Golden Ave, 91945 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LEO S. PAPAS MAGISTRATE JUDGE (U. S. Judge or Magistrate) as required by law.

JUL 22 2008 5:05pm
Date and Time Issued

at San Diego, CA
City and State

LEO S. PAPAS
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-22-08 | 7-24-08 9:55 am | USPS |

INVENTORY MADE IN THE PRESENCE OF

US Postal Inspectors A Flores and K Cain

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Express parcel # EB893268045US

Cubed shaped shipping box contained white tissue paper, two bundles of newspaper wrap taped with duct tape. Inside newspaper was marijuana inside vacuum sealed baggies which weighed approximately 246.9 grams.

[signature] 7/24/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

[signature] 7/30/08

U.S. Judge Date